FILED'09 OCT 28 08:30USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

APRIL HETTMAN,

                Plaintiff,

           v.

EQUIFAX INFORMATION SERVICES,
LLC, and TRANS UNION LLC,

                Defendants.

CV. 08-1174-AS

STIPULATED PARTIAL JUDGMENT
OF DISMISSAL OF DEFENDANT
TRANS UNION, LLC

---

ACOSTA, Magistrate Judge:

      Based on the Stipulation of Dismissal with Prejudice between Plaintiff and Defendant Trans Union, LLC, filed with the court on October 23, 2009,

      IT IS ORDERED, ADJUDGED and DECREED that defendant Trans Union, LLC, is DISMISSED with prejudice and without cost or fees to any party.

      DATED this 27th day of October, 2009.

JOHN V. ACOSTA
United States Magistrate Judge