**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
    Attorney for Plaintiff April Hettman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| APRIL HETTMAN,<br>formerly April Manning,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br>a foreign limited liability company, TRANS<br>UNION LLC, a foreign limited liability company,<br><br>    Defendants. | Case No. CV 08-1174-AC<br><br>PLAINTIFF'S MOTION FOR SANCTIONS<br><br>Fed. R. Civ. Proc. 37<br><br>(Oral Argument Requested) |

## CERTIFICATION

Pursuant to LR 7.1, counsel for plaintiff certifies that the parties made a good faith effort through telephone conference to resolve the dispute and have been unable to do so.

## MOTION

Plaintiff April Hettman moves, pursuant to Fed. R. Civ. Proc. 37 for an order of sanctions against defendant Equifax Information Services, LLC. This motion is supported by the

Page 1    PLAINTIFF'S MOTION FOR SANCTIONS

memorandum in support, declaration and exhibits filed herewith.

DATED this 4th day of June, 2010.

/s/ Justin M. Baxter

_____
Justin M. Baxter, OSB #99217
justin@baxterlaw.com
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)
Of Attorney for Plaintiff April Hettman

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTIN FOR SANCTIONS on:

Jeffrey M. Edelson
Markowitz, Herbold, Glade & Mehlhaf, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204

Ann Broussard
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

    Counsel for Defendant Equifax Information Services, LLC

[X]  Via First Class Mail

[ ]  Via Hand Delivery

[ ]  Via Email (CM/ECF)

DATED this 4th day of June, 2010.

                                              /s/ Justin M. Baxter

                                              Justin M. Baxter, OSB #99217
                                              justin@baxterlaw.com
                                              (503) 297-9031 (Telephone)
                                              (503) 291-9172 (Facsimile)
                                              Of Attorney for Plaintiff April Hettman