Friday, June 4, 2010 8:30 AM

Subject: Re: Hettman
Date: Friday, June 4, 2010 7:43 AM
From: Justin Baxter <justin@baxterlaw.com>
To: "Broussard, Ann" <ABroussard@KSLAW.com>

Sorry, I don't have that time slot anymore on Monday. Are you producing a witness today or should I call off the court reporter? If Margaret is ready to go, I need a call in number. Thanks, JMB

Justin M. Baxter
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)

http://www.baxterlaw.com

This electronic mail transmission contains information from the law firm of Baxter & Baxter, LLP, that may be confidential or privileged. If you are not the intended recipient, any disclosure, copying, distribution or use of this information is prohibited. If you believe that you have received this message in error, please notify the sender by telephone at (503) 297-9031, or by electronic mail and delete the message without copying or disclosing it.

EXHIBIT 29
PAGE 1