

**D'AMICO+GERSHWIN, INC.**
Court Reporters & Videoconferencing
11475 West Road
Roswell, Georgia 30075
(770) 645-6111  Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/8/2010 | DG10-728 |

| Bill To |
|---|
| JUSTIN M. BAXTER, ESQ.<br>Baxter & Baxter, LLP<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225 |

*We now accept all major credit cards!*

Reported by Krista Capik, CSR.

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---|---|---|---|
| CV 08-1174-AC | No-Show or Go App. | HETTMAN vs. EQUIFAX, ET AL<br><br>Lisa Willis and Phyllis Dorman - 4.8.10<br><br><br>Reporter on site released by Mr. Baxter after Mr. Baxter was told by Ms. Broussard witnesses were not going to show. | |

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | $138.89 |
|---|---|---|---|
| 10% Net 30 | $125.00 | | |

1.5% Finance Charge Accrued Monthly on Past-Due Balances. Thank you for your Business! If paying by credit card within 30 days, 7% discount applies vs. 10%. D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm

EXHIBIT 30
PAGE 1



**D'AMICO✦GERSHWIN, INC.**
Court Reporters & Videoconferencing
11475 West Road
Roswell, Georgia 30075
(770) 645-6111  Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/3/2010 | DG10-1108 |

| Bill To |
|---|
| JUSTIN M. BAXTER, ESQ.<br>Baxter & Baxter, LLP<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225 |

*We now accept all major credit cards!*

Reported by Amy L. Dunning, CSR.

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---|---|---|---|
| CV081174-AC | No-Show or Go App.<br>Postage | Hettman vs. Equifax, et al<br>Lisa Willis - 6.1.10<br>Phyllis Dorman - 6.3.10 | 2 |

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | $278.27 |
|---|---|---|---|
| 10% Net 30 | $250.44 | | |

1.5% Finance Charge Accrued Monthly on Past-Due Balances.  Thank you for your Business!  If paying by credit card within 30 days, 7% discount applies vs. 10%.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm

EXHIBIT __30__
PAGE __2__

# Invoice

**D'AMICO✦GERSHWIN, INC.**
Court Reporters & Videoconferencing
11475 West Road
Roswell, Georgia 30075
(770) 645-6111  Fax: (770) 643-1317
Federal EIN 58-2362483

| DATE | INVOICE NO. |
|---|---|
| 6/4/2010 | DG10-1119 |

**Bill To**
JUSTIN M. BAXTER, ESQ.
Baxter & Baxter, LLP
8835 S.W. Canyon Lane
Suite 130
Portland, Oregon 97225

*We now accept all major credit cards!*

Reported by Thomas R. Brezina, RMR, CRR

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---|---|---|---|
| CV081174-AC | No-Show or Go App. Postage | Phyllis Dorman - 06/04/10 HETTMAN vs. EQUIFAX, ET AL | |

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | $139.38 |
|---|---|---|---|
| 10% Net 30 | $125.44 | | |

1.5% Finance Charge Accrued Monthly on Past-Due Balances.  Thank you for your Business!  If paying by credit card within 30 days, 7% discount applies vs. 10%.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm

EXHIBIT 30
PAGE 3